# EXHIBIT A

1  HAROLD M. JAFFE/CASB #57397
   3521 Grand Avenue
2  Oakland, CA 94610
   Tel: (510) 452-2610/Fax: (510) 452-9125
3  email: hmjaffe@gmail.com

4  Attorney for Plaintiffs RICHARD GRAY and KIMBERLY GRAY

5

6

7                                                PER LOCAL RULE 5 THIS
                                                 CASE IS ASSIGNED TO
8                                                DEPT   33

9          SUPERIOR COURT OF THE STATE OF CALIFORNIA
              IN AND FOR THE COUNTY OF CONTRA COSTA
10                      LIMITED JURISDICTION
                                                 C 18 - 0 0 3 7 3
11  RICHARD GRAY and KIMBERLY GRAY,   CASE NO.
                                                 L 17 - 0 2 8 4 5
12         Plaintiffs,                  COMPLAINT FOR:

13  vs.                                 1)  VIOLATION OF THE FAIR CREDIT
                                            REPORTING ACT;
14                                      2)  VIOLATION OF THE CONSUMER
                                            CREDIT REPORTING AGENCIES
15  OCWEN LOAN SERVICING, LLC, a            ACT; AND
    Delaware limited liability company; OCWEN 3) VIOLATION OF BUS. & PROF. CODE
16  MORTGAGE SERVICING, INC., a U.S.        § 17200, ET SEQ.
    Virgin Islands corporation; OCWEN
17  FINANCIAL CORPORATION, a Florida
    corporation; and DOES 1 through 20,
18  inclusive,                                        BY FAX

19         Defendants.

20

21                         INTRODUCTION

22      · 1.      Plaintiffs, RICHARD GRAY ("RICHARD") and KIMBERLY GRAY ("KIM") (or

23  hereinafter collectively referred to as "Plaintiffs") bring this action against OCWEN LOAN

24  SERVICING, LLC, OCWEN MORTGAGE SERVICING, INC., and OCWEN FINANCIAL

25  CORPORATION under the Federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2 and

26  the California Consumer Credit Reporting Agencies Act ("CCRAA"), Civil Code §§ 1785.16(f),

27  1785.25, Bus. & Prof. Code § 17200.

28      2.      Plaintiffs bring this action to obtain restitution and damages and other relief for the

ONE LEGAL LLC- Contra Costa Branch
518 Main St., Martinez CA 94553
Phone: 1-800-938-8815

1   Defendants' violation of Federal and State consumer financial law.

2   <u>**JURISDICTION AND VENUE**</u>

3       3.      The Court has subject matter jurisdiction over this action because the acts which are

4   the subject of this case took place in Contra Costa County, California, and Plaintiffs are and at all

5   times herein mentioned have been residents of Contra Costa County, California.

6       4.      Defendant, OCWEN MORTGAGE SERVICING, INC. ("OMS") a United States

7   Virgin Islands corporation, that maintains its principal place of business in the United States Virgin

8   Islands.  At all times relevant to this Complaint, OMS has done business in Contra Costa County,

9   and throughout California.

10      5.      Defendant, OCWEN FINANCIAL CORPORATION ("OFC") is a publicly-traded

11  Florida corporation, that maintains its principal place of business in West Palm Beach, Florida.  At

12  all times relevant to this Complaint, OFC has done business in Contra Costa County, and throughout

13  California.

14      6.      OCWEN LOAN SERVICING, LLC ("OLS") is a Delaware limited liability

15  company, that maintains its principal place of business in West Palm Beach, Florida.  At all times

16  relevant to this Complaint, OFC has done business in Contra Costa County, and throughout

17  California.

18      7.      The true names and capacities, whether individual, corporate, associate or otherwise

19  of defendants named herein as Does 1 through 20, inclusive, are unknown to Plaintiffs who therefor

20  sue said defendants by such fictitious names.  Plaintiffs will seek relief of Court to amend this

21  Complaint to show said defendants true names and capacities and the same have been ascertained,

22  together with appropriate charging allegations.

23      8.      Plaintiffs are informed and believe and thereon allege that at all times herein relevant,

24  each of the defendants assigned herein as a Doe is responsible in some manner for the events and

25  happenings hereinafter referred to, and that plaintiffs' damages as herein alleged were caused by said

26  defendants.

27      9.      Plaintiffs are informed and believe and thereon allege that at all times herein relevant,

28  each of the defendants was the agent and/or employee of the other defendants and, in doing the

1   things herein alleged, each such defendant was acting within the purpose and scope of said agency

2   and employment and with the permission and consent of each other defendant.

3       10.    OFC, through its subsidiaries, originates and services loans. OFCl IMS, and OLS

4   (collectively "OCWEN") engage in servicing activities relating to the loans by, among other things,

5   processing borrower payments, administering loss mitigation processes, and managing foreclosures.

6   OCWEN also acquires and collects upon borrowers' mortgage debts that are in default.

7       11.    OFC, the parent and publicly-traded company, wholly owns all of the common stock

8   of its primary operating subsidiary, OMS. OMS wholly owns the stock of another of OFC's primary

9   operating subsidiaries, OLS. All three entities share and have shared key executives, such as Ronald

10  Faris, Timothy Hayes, Michael Bourque, and John Patrick Cox. All three entities, through OFC, file

11  a consolidated financial statement with OFC's public disclosures.

12      12.    OFC controls, directs, operates, and participates in mortgage servicing activities, and

13  consumer complaint operations for OCWEN's loans. OFC enters into agreements for products and

14  services that are necessary for OCWEN to service mortgage loans and collect debt.

15      13.    OMS is also engaged in servicing loans. OMS is licensed by numerous sate

16  regulators to service loans and collect mortgage debts. OMS has entered into agreements for

17  products and services that are necessary for OCWEN to service mortgage loans and collect debt.

18      14.    OLS is also engaged in servicing loans. OMS is licensed by numerous sate

19  regulators to service loans and collect upon borrowers' mortgage debts. OLS is also the owner of

20  the mortgage servicing rights for the loans that OCWEN services.

21      15.    OFC, OMS, and OLS operate as a "common enterprise." OFC, OMS, and OLS have

22  conducted the business practices described below through interconnected companies that have

23  common business functions, employees, and office locations.

24      16.    Under the FCRA, providers of data to the consumer credit reporting agencies are

25  required to report accurate (Section 623(a)(1)), complete and updated information.

26                            **BACKGROUND**

27      17.    In the Spring of 2015, Plaintiffs were in contract to purchase the real property located

28  at 2084 Central Street, Hercules, California ("the Hercules Property"). In or about June 2015,

3

1  Plaintiffs learned, having been preliminarily approved for a loan to acquire the property, that an

2  adverse credit report had been received where OCWEN submitted an inaccurate and adverse credit

3  report as to KIMBERLY's credit and failure to pay certain loan secured by the property located at

4  162 Marcus Avenue, Richmond, CA ("the Marcus Ave Property").

5       18.    On June 30, 2015, OLS wrote RICHARD in response to RICHARD's inquiry, a true

6  and correct copy of which is attached hereto as **Exhibit A**. Experian reported that KIMBERLY had

7  a past due balance as of June 2015 of $24,591.00 (see **Exhibit B** attached hereto). Exhibits A and

8  B were in error, and Plaintiffs' lender would not fund the loan for the Hercules Property, resulting

9  in the cancellation of the escrow for the purchase of Hercules Property and the loss to Plaintiffs of

10  $8,175.00. See Cancellation Instructions dated June 29, 2015, a true and correct copy of which is

11  attached hereto as **Exhibit C**.

12       19.    At the time loan incepted, Plaintiffs were married, and have remained married since

13  2005. Plaintiffs purchased the Marcus Ave Property, as community property.

14       20.    In 2009, RICHARD filed bankruptcy and received a discharge. In California, since

15  the property acquired during marriage is presumptively community property, as the property was

16  here, after RICHARD's discharge in 2009, both RICHARD and KIMBERLY were entitled under

17  Federal law to have the balance of each discharged community debt reported as zero.

18       21.    Under the FCRA, a debt discharged in bankruptcy must be listed as having a zero

19  balance. FTC OSC Sect. 607, Item 6, states, "A consumer report may include an account that was

20  discharged in bankruptcy (as well as the bankruptcy itself) as long as it reports zero balance due to

21  reflect the fact that the consumer is no longer liable for the discharged debt."

22      WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as

23  hereinafter set forth.

24                    **FIRST CAUSE OF ACTION**

25          (Violation of Fair Credit Reporting Act Against All Defendants)

26       22.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs

27  1 through 21, inclusive, as if fully set forth herein.

28       23.    After Plaintiffs submitted a complaint regarding OCWEN's reporting to the credit

reporting agency, Experian, in June 2015, OCWEN, after receiving notice of a dispute with regard to the completeness or accuracy of the information provided to a credit reporting agency, negligently failed to investigate and correct said reporting resulting in the damages to Plaintiffs set forth above.

24.     Therefore, Plaintiffs are entitled to damages in the sum of $8,175.00, plus interest thereon at the legal rate for loss of their deposit for the purchase of the Marcus Ave Property, and reasonable attorneys' fees.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as hereinafter set forth.

**SECOND CAUSE OF ACTION**

**(Violation of the CCRAA Against all Defendants)**

25.     Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 24, inclusive, as if fully set forth herein.

26.     Defendants, in the ordinary course of business, regularly on a routine basis, furnish information to one or more consumer credit reporting agencies concerning consumers, such as Plaintiffs.

27.     In or about June 2015, Plaintiffs submitted a complaint to Experian regarding the reporting of the loan by OCWEN to the credit reporting agencies, including Experian.

28.     Therefore Plaintiffs have been damaged as set forth in Paragraph 24 above, and in addition, pursuant to CC § 1785.19(a), are entitled to a civil penalty as provided by law, and pursuant to CC § 1785.19(b), are entitled to reasonable attorneys' fees and costs.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as hereinafter set forth.

**THIRD CAUSE OF ACTION**

**(Violation of California Bus. & Prof. Code § 17200 *et seq*. Against all Defendants)**

29.     Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 28, inclusive, as if fully set forth herein.

30.     Beginning on an exact date unknown to Plaintiffs, but in any event, within four years of the filing of this complaint, and continuing to the present, the Defendants engaged and continue

5

1   to engage in acts of unfair competition and in unfair, deceptive or unlawful business practices within

2   the meaning of Bus. & Prof. Code §§ 17200 *et seq.*, including but not limited to, engaging in

3   unlawful business practices. OCWEN's conduct in violating the FCRA and the CCRAA, as herein

4   above described, constitute an unlawful, unfair, and/or fraudulent business practice in violation of

5   the unfair competition law.

6       31.     OCWEN's knowing failure to adopt policies in accordance with and/or adhere to

7   these laws, all of which are binding upon and burdensome to OCWEN's competitors, results in an

8   unfair competitive business practice for OCWEN, and is an unfair business practice as set forth in

9   Bus. & Prof. Code § 17200, *et seq.*

10      32.     OCWEN's conduct materially interferes with the business of those entities which

11  reply on the reports of credit reporting agencies, such as Experian, in making credit decisions

12  involving members of the general public, and individuals such as plaintiffs. OCWEN is and has

13  been engaging in unfair, unlawful and fraudulent business practices in the reporting of credit issues

14  to the credit reporting agencies for individuals, and members of the general public, including but not

15  limited to, individuals such as plaintiffs, where one spouse has received a bankruptcy discharge

16  concerning a debt owed to OCWEN.

17      33.     Unless restrained and enjoined, OCWEN will continue in the acts and practices

18  alleged above. Accordingly, the Court must issue an injunction restraining and enjoining OCWEN

19  from engaging in the acts and practices alleged above. Plaintiffs further request that an order

20  restoring to the Plaintiffs all money or property which has been lost by means of OCWEN's unfair

21  and deceptive business practices.

22      **WHEREFORE,** Plaintiffs pray for judgment against Defendants, and each of them, as

23  follows.

## PRAYER

### ON THE FIRST CAUSE OF ACTION

26  1.    For actual damages in the sum of $8,175.00, plus interest thereon at the legal rate;

27  2.    For reasonable attorneys' fees and costs of suit pursuant to *inter alia* 15 U.S.C. §

28        1681n(a)(3).

### ON THE SECOND CAUSE OF ACTION

1. For damages in the sum of $8,175.00, plus interest thereon at the legal rate;

2. A civil penalty as provided by law; and

3. Pursuant to *inter alia* CC § 1785.19(b), reasonable attorneys' fees and costs.

### ON THE THIRD CAUSE OF ACTION

1. The Court declare, adjudge and decree that OCWEN has violated and continues to violate Bus. & Prof. Code §§ 17200, *et seq.*, by engaging in unlawful business practices that lead to the reporting of inaccurate credit information to the credit reporting agencies, and in turn, cause the credit reporting agencies to report misleading and inaccurate information to providers of credit who are dealing with members of the general public and the plaintiffs herein.

2. For preliminary and permanent injunction enjoining OCWEN, their agents, servants, employees and all persons acting or in concert with them, to cease and desist from any unlawful, unfair, and/or fraudulent activities in violation of the Bus. & Prof. Code § 17200, *et seq.*, including but not limited to the following acts:

   a) Falsely reporting that a debt is delinquent when in fact it has been discharged in bankruptcy, whether by the debtor or the debtor's spouse.

### ON ALL CAUSES OF ACTION

1. For any and such other and further relief as this Court may deem just and proper.

DATED: June 26, 2017

*Harold M. Jaffe*

HAROLD M. JAFFE, Attorney for Plaintiffs
RICHARD GRAY and KIMBERLY GRAY

7

# EXHIBIT A



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners Is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

06/30/2015

Loan Number: 359229271

Richard N. Gray
E-mail: kimberly.gray@comcast.net

Property Address: 162 Marcus Ave
Richmond, CA 94801

Dear Richard N. Gray

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1**    You expressed concern regarding the credit reporting made on the loan, which you believe is incorrect. Therefore, you requested us to process necessary corrections.

**Response**    Our records indicate that you Richard N. Gray filed for Bankruptcy Chapter 7 on August 20, 2009, which was discharged on November 24, 2009. Please note that once Bankruptcy is filed, all assets and liabilities come under Bankruptcy protection.

We have submitted a request to delete the trade line reported to the credit bureaus by Ocwen under your name (Richard N. Gray). The confirmation number of the electronically submitted request is 75239760.

Further, we have also submitted a request to report the loan as per contractual status under the co-borrower Kimberly M. Gray. The confirmation number of the electronically submitted request is 75243588.

We report to Equifax, Trans Union, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct the credit file. Unfortunately, we are unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

For any further assistance regarding the above loan, please contact our Bankruptcy Collateral Based Solutions at (888) 554-6599.

NMLS # 1852                                                                                          RRCMAINLTRE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwencustomers.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,
Mary Shalini C
Research Department
Ocwen Loan Servicing, LLC

---

NMLS # 1852                                                                                    RRCMAINLTRE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 2 of 2

P. 1

✳ ✳ ✳ Communication Result Report ( Jul. 13. 2015  1:30PM ) ✳ ✳ ✳

Date/Time: Jul. 13. 2015  1:28PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3225 | Memory TX | 14077376375 | P.  5 | OK | |

Reason for error
E. 1) Hang up or line fail                     E. 2) Busy
E. 3) No answer                                E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size                E. 6) Destination does not support IP-Fax

HAROLD M. JAFFE
Attorney at Law
3521 Grand Avenue
Oakland, California 94610
Telephone (510) 452-2610—Facsimile: (510) 452-6156
E-Mail: jaffe220@aol.com

TO: MARY SHALKA
FIRM: DOWN
FAX NO: (407) 737 6375
TEL NO: (407) 241 - 9960

FROM: JENNIE SANTIAGO - ASSISTANT
FAX NO: (510) 452-6156
TEL NO: (510) 452-2610
DATE:

RE: RICHARD / KIMBERLY GRAY
CASE NO: 308A, 229, 277
PROPERTY 162 MARCUS AVE, RICHMOND CA 94801
See attached

DEAR MARY,

I AM FOLLOWING UPON THE PREVIOUS
LETTER WE SENT TO YOU VIA FAX ON JULY 1, 2015,
COPY ATTACHED. PLEASE RESPOND NO LATER
THAN 5 P.M. PDT ON JULY 15, 2015
PLEASE.

THANK YOU, JENNIE

THIS MAILGRAM MESSAGE HEREWITH SENT FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

ORIGINAL BY MAIL       Yes ✓  No
NO. OF PAGES 5   INCLUDING THIS COVER SHEET
IF THIS TRANSMISSION WAS INCOMPLETE OR UNREADABLE
PLEASE CALL JENNIE SANTIAGO AT (510) 452-2610

# EXHIBIT B



**Experian**
A world of insight

0008166  02 AB 0.436 **AUTO   B 0 7155 94801-170462   -C02-P03124-1
KIMBERLY MAURICE GRAY
162 MARCUS AVE
RICHMOND CA 94801-1704

PO Box 9701
Allen, TX 75013

Prepared for: KIMBERLY MAURICE GRAY
Date: June 30, 2015
Report number: 2680-3509-24

Page 1 of 10

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The Federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

Deleted - This item was removed from your credit report

Remains - This item was not changed as a result of our processing of your dispute

Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

Processed - This item was either updated or deleted; review this report to learn its outcome

Although we do not generally collect such information, if it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition).

### Results

We have completed the processing of your dispute(s). Here are the results:

### Credit Items

| | Outcome |
|---|---|
| OCWEN LOAN SERVICING L 35922.... | Remains |

Visit experian.com/status to check the status of your pending disputes at any time

Scan me with your smart phone for special offers from Experian.

024908171



**Experian**
A world of insight

Prepared for: KIMBERLY MAURICE GRAY
Date: June 30, 2015
Report number: 2630-3509-24

Page 2 of 10

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| **CUR** Current/Terms of agreement met | **VS** Voluntarily surrendered |
| **30** Account 30 days past due | **RPO** Repossession |
| **60** Account 60 days past due | **PBC** Paid by creditor |
| **90** Account 90 days past due | **IC** Insurance claim |
| **120** Account 120 days past due | **CLS** Claim filed with government |
| **150** Account 150 days past due | **DOC** Defaulted on contract |
| **180** Account 180 days past due | **COL** Collection |
| **CRD** Creditor received deed | **CO** Charge off |
| **FPS** Foreclosure proceedings started | **CLS** Closed |
| **FCL** Foreclosed | **ND** No data for this time period |

## Credit items

**OCWEN LOAN SERVICING**
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
Phone number:
(800) 746 2936
Partial account number
38522......
Address identification number
0394755676

| Date opened | Jul 2005 | Type | Mortgage | Credit limit or original amount | $400,000 | Recent balance | $402,606 as of Jun 2015 | Responsibility | Joint |
|---|---|---|---|---|---|---|---|---|---|
| First reported | May 2014 | Terms | 2 Years | High balance | Not reported | Status | Open. $24,591 past due as of Jun 2015. |
| Date of status | Feb 2015 | Monthly payment | $2,308 | | | | |

By Jun 2021, this account is scheduled to go to a positive status.

Payment history

| 2015 | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY |
|---|---|
| 2014 | |

# EXHIBIT C



**★★★★★**
**★ ★ ★**  # OLD REPUBLIC TITLE COMPANY
**★ ★ ★ ★**

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP
3260 Blume Drive, Ste. 400 • Richmond CA • 94806 • (510) 222-7170 • FAX (510) 223-4448

## CANCELLATION INSTRUCTIONS

To: Old Republic Title Company.
3260 Blume Drive, Ste. 400
Richmond, CA 94806

Date:          June 29, 2015
Escrow No.:    0190014981-WH
Escrow Officer: Wendy Huang

Property: 2084 Central Street, Hercules, CA 94547

The undersigned hereby instructs you to cancel the above numbered escrow and return all documents held by
you to the parties depositing the same.  Disburse any funds you now hold as follows:

(a) Cancellation fee to Old Republic Title Company                    $350.00
(b) Notary Fee to Sherry O'Brien                                      $150.00
(c) funds to the seller                                               $8,175.00
(d) funds to the buyer                                                $126,036.30

In consideration of the cancellation of this escrow and disbursement of funds as directed above, the
undersigned do hereby release Old Republic Title Company, of any and all obligations or liability under the
transaction which is the subject of this escrow.

These instructions may be signed in counterpart and together constitute one instrument.

Buyer(s):

*Kimberly Gray*
Kimberly Gray

Seller(s):

*Manuel L. De Dios*                          *Leticia T. De Dios*
Manuel L. De Dios                            Leticia T. De Dios

Received:  Old Republic Title Company

By _____              Date _____

WH/wh
Cancellation Instructions

1  HAROLD M. JAFFE/CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610-2011
3  Telephone: (510)452-2610
   Facsimile: (510)452-9125
4  e-mail: hmjaffe@gmail.com

5  Attorney for Plaintiffs RICHARD GRAY and KIMBERLY GRAY

FILED
FEB 28 2018
2017 SEP -7  A 9: 22
STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: A. GRAHAM

6

7

8                SUPERIOR COURT, STATE OF CALIFORNIA
9             IN AND FOR THE COUNTY OF CONTRA COSTA
                        LIMITED JURISDICTION
10

11 RICHARD GRAY and KIMBERLY         Case No.   L17-02345
   GRAY,
12                                   C18 - 00373
         Plaintiffs,
13
                                     [PROPOSED] ORDER GRANTING
14 v.                                APPLICATION TO EXTEND TIME
                                     TO FILE PROOFS OF SERVICE ON
15 OCWEN LOAN SERVICING, LLC, a      DEFENDANTS UNTIL OCTOBER 5,
   Delaware limited liability company; 2017
16 OCWEN MORTGAGE SERVICING,
   INC., a U.S. Virgin Islands corporation;
17 OCWEN FINANCIAL CORPORATION, a
   Florida corporation; and DOES 1 through
18 20, inclusive,                     DATE: 08/31/2017
                                      DEPT. 33
19
         Defendants.
20                             /

21

22      An Ex Parte Application having been made, and GOOD CAUSE APPEARING

23 THERETO,

24      Plaintiffs are granted an extension of time to October 5, 2017 to file proofs of service on

25 defendants herein.

26      DATED: 8/31/17

27                                   JUDGE OF THE SUPERIOR COURT

28

                                      1
   ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE PROOFS OF SERVICE ON
                    DEFENDANTS UNTIL OCTOBER 5, 2017

ONE LEGAL LLC - Contra Costa
518 Main St., Martinez CA 94553
Phone: 1-800-938-8815

on FIRST AMENDED

**SUMMONS COMPLAINT**

**SUM-100**

*(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*



FILED
FEB - 9 2018
STEPHEN H...?, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
D. WAGNER, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; OCWEN
MORTGAGE SERVICING, INC., a U.S. Virgin Islands corporation; OCWEN
FINANCIAL CORPORATION, a Florida corporation; and DOES 1 through 20,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
RICHARD GRAY and KIMBERLY GRAY, On behalf of themselves and
all others similarly situated, and as Private Attorney Generals

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>Contra Costa County Superior Court<br>725 Court Street<br>Martinez, CA 94553 | **CASE NUMBER**<br>*(Número de caso):*<br>L17-02345 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Harold M. Jaffe 57397 Law Offices of Harold M. Jaffe
3521 Grand Avenue (510) 452-2610
Oakland, CA 94610

| | | |
|---|---|---|
| DATE: FEB - 9 2018<br>*(Fecha)* | CLERK OF THE SUPERIOR COURT<br>Clerk, by D. WAGNER, Deputy<br>*(Secretario)* *(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* OCWEN LOAN SERVICING, LLC, limited liability company, a DELAWARE

under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
       ☒ other *(specify):* Limited Liability Company

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

Gray, Kim/RichAT

1  HAROLD M. JAFFE/CASB #57397
   3521 Grand Avenue
2  Oakland, CA 94610
   Tel: (510) 452-2610/Fax: (510) 452-9125
3  email: hmjaffe@gmail.com

4  Attorney for Plaintiffs RICHARD GRAY and KIMBERLY GRAY

F I L E D

FEB - 9 2018

STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
D. WAGNER   Deputy Clerk

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
               IN AND FOR THE COUNTY OF CONTRA COSTA
9

10  RICHARD GRAY and KIMBERLY GRAY,        CASE NO. L17-02345
    On Behalf of Themselves and All Others
11  Similarly Situated, and As Private Attorney    FIRST  AMENDED  CLASS  ACTION
    Generals,                                      COMPLAINT FOR:
12
           Plaintiffs,                     1)   VIOLATION OF THE FAIR CREDIT
13                                              REPORTING ACT;
    vs.                                    2)   VIOLATION OF THE CONSUMER
14                                              CREDIT  REPORTING  AGENCIES
                                                ACT; AND
15  OCWEN LOAN SERVICING, LLC, a           3)   VIOLATION OF BUS. & PROF. CODE
16  Delaware limited liability company; OCWEN      § 17200, *ET SEQ.*
    MORTGAGE SERVICING, INC., a U.S.
17  Virgin Islands corporation; OCWEN
    FINANCIAL CORPORATION, a Florida
18  corporation; and DOES 1 through 20,
    inclusive,
19
           Defendants.
20  _____/

21
                        I. **INTRODUCTION**
22
23      1.      Plaintiffs, RICHARD GRAY ("RICHARD") and KIMBERLY GRAY ("KIM") (or

    hereinafter collectively referred to as "Plaintiffs") on behalf of themselves and All Others Similarly
24
    Situated, and as a Private Attorney General (referred to individually as "THE GRAYS" or
25
    collectively as "Plaintiffs"), complains against defendants OCWEN LOAN SERVICING, LLC a
26
    Delaware limited liability company; OCWEN MORTGAGE SERVICING, INC., a U.S. Virgin
27
                                         1
28

1  Islands corporation; and OCWEN FINANCIAL CORPORATION, a Florida corporation, shall be

2  collectively referred to as "OCWEN"), as hereinafter set forth, under the Federal Fair Credit

3  Reporting Act ("FCRA") 15 U.S.C. § 1681s-2, the California Consumer Credit Reporting Agencies

4  Act ("CCRAA") Civil Code §§ 1785.16(f), 1785.25, and Bus. & Prof. Code § 17200.  Plaintiffs

5  bring this action on behalf of themselves and all others similar situated to obtain restitution and

6  damages and other relief for the Defendants' violation of Federal and State consumer financial law.

7

8                              **II.   JURISDICTION AND VENUE**

9       2.    The Court has subject matter jurisdiction over this action because the acts which are

10  the subject of this case took place in Contra Costa County, California, and Plaintiffs are and at all

11  times herein mentioned have been residents of Contra Costa County, California.

12       3.    Defendant, OCWEN MORTGAGE SERVICING, INC. ("OMS") a United States

13  Virgin Islands corporation, that maintains its principal place of business in the United States Virgin

14  Islands.  At all times relevant to this Complaint, OMS has done business in Contra Costa County,

15  and throughout California.

16       4.    Defendant, OCWEN FINANCIAL CORPORATION ("OFC") is a publicly-traded

17  Florida corporation, that maintains its principal place of business in West Palm Beach, Florida.  At

18  all times relevant to this Complaint, OFC has done business in Contra Costa County, and throughout

19  California.

20       5.    OCWEN LOAN SERVICING, LLC ("OLS") is a Delaware limited liability

21  company, that maintains its principal place of business in West Palm Beach, Florida.  At all times

22  relevant to this Complaint, OFC has done business in Contra Costa County, and throughout

23  California.

24       6.    The true names and capacities, whether individual, corporate, associate or otherwise

25  of defendants named herein as Does 1 through 20, inclusive, are unknown to Plaintiffs who therefor

26  sue said defendants by such fictitious names.  Plaintiffs will seek relief of Court to amend this

27

28                                           2

1   Complaint to show said defendants true names and capacities and the same have been ascertained,

2   together with appropriate charging allegations.

3        7.     Plaintiffs are informed and believe and thereon allege that at all times herein relevant,

4   each of the defendants assigned herein as a Doe is responsible in some manner for the events and

5   happenings hereinafter referred to, and that plaintiffs' damages as herein alleged were caused by said

6   defendants.

7        8.     Plaintiffs are informed and believe and thereon allege that at all times herein relevant,

8   each of the defendants was the agent and/or employee of the other defendants and, in doing the

9   things herein alleged, each such defendant was acting within the purpose and scope of said agency

10   and employment and with the permission and consent of each other defendant.

11        9.     OFC, through its subsidiaries, originates and services loans.  OFCl IMS, and OLS

12   (collectively "OCWEN") engage in servicing activities relating to the loans by, among other things,

13   processing borrower payments, administering loss mitigation processes, and managing foreclosures.

14   OCWEN also acquires and collects upon borrowers' mortgage debts that are in default.

15        10.    OFC, the parent and publicly-traded company, wholly owns all of the common stock

16   of its primary operating subsidiary, OMS. OMS wholly owns the stock of another of OFC's primary

17   operating subsidiaries, OLS. All three entities share and have shared key executives, such as Ronald

18   Faris, Timothy Hayes, Michael Bourque, and John Patrick Cox. All three entities, through OFC, file

19   a consolidated financial statement with OFC's public disclosures.

20        11.    OFC controls, directs, operates, and participates in mortgage servicing activities, and

21   consumer complaint operations for OCWEN's loans. OFC enters into agreements for products and

22   services that are necessary for OCWEN to service mortgage loans and collect debt.

23        12.    OMS is also engaged in servicing loans.  OMS is licensed by numerous sate

24   regulators to service loans and collect mortgage debts.  OMS has entered into agreements for

25   products and services that are necessary for OCWEN to service mortgage loans and collect debt.

26        13.    OLS is also engaged in servicing loans.  OMS is licensed by numerous sate

27

28

3

1  regulators to service loans and collect upon borrowers' mortgage debts.  OLS is also the owner of

2  the mortgage servicing rights for the loans that OCWEN services.

3        14.     OFC, OMS, and OLS operate as a "common enterprise." OFC, OMS, and OLS have

4  conducted the business practices described below through interconnected companies that have

5  common business functions, employees, and office locations.

6        15.     Under the FCRA, providers of data to the consumer credit reporting agencies are

7  required to report accurate (Section 623(a)(1)), complete and updated information.

8  ### III. AGENCY/JOINT VENTURE

9        16.     At all times herein mentioned, the Defendants herein have transacted business within

10  the County of Contra Costa and elsewhere within the State of California.

11  ### IV. JURISDICTION AND VENUE

12        17.     Defendants, both individually and collectively, are subject to the jurisdiction of this

13  Court by virtue of their business dealings and transactions throughout the state of California and in

14  the County of Contra Costa , and by their violations of California Business & Professions Code ("B

15  & P Code") §§17200 *et seq.*

16        18.     Venue is proper in this county, because Defendants and each of them, at all times

17  relevant herein, conducted business in Contra Costa County.

18  ### V. CLASS ACTION ALLEGATIONS

19        19.     This action is brought by Plaintiffs on their own behalf and on behalf of all persons

20  similarly situated.  The Class that plaintiffs represent

21       "consist of individuals who when residing in California received a discharge in

22       bankruptcy themselves or through their spouse of a , community debt,"

23  which continued to be reported as owed by Ocwen to credit reporting agencies including, but not

24  limited to Experian.  The persons in this class are so numerous that the joinder of all persons is

25  impracticable and that the disposition of their claims in a class action rather than in individual actions

26  will benefit the parties and the Court.  Furthermore, because the economic damages suffered by

27

28

4

1  individual class members may be relatively modest, albeit significant, compared to the expense and

2  burden of individual litigation, it would be impractical for members of said plaintiffs class to seek

3  redress individually for the wrongful conduct alleged herein.

4         20.      During the four years prior to the filing of this complaint, plaintiffs are informed and

5  believe there were more than 1,000 individuals residing in the State of California who were affected

6  by the misreporting of the status of their debt with defendants.  The exact size of the plaintiff class

7  and their identities are ascertainable from the records of defendants.  There will be no difficulty in

8  the management of this litigation as a class action.

9

10                          VI.   **GENERAL ALLEGATIONS**

11        21.      In the Spring of 2015, Plaintiffs were in contract to purchase the real property

12  located at 2084 Central Street, Hercules, California ("the Hercules Property").  In or about June

13  2015, Plaintiffs learned, having been preliminarily approved for a loan to acquire the property,

14  that an adverse credit report had been received where OCWEN submitted an inaccurate and

15  adverse credit report as to KIMBERLY's credit and failure to pay certain loan secured by the

16  property located at 162 Marcus Avenue, Richmond, CA ("the Marcus Ave Property").

17        22.      On June 30, 2015, OLS wrote RICHARD in response to RICHARD's inquiry, a

18  true and correct copy of which is attached hereto as **Exhibit A**.  Experian reported that

19  KIMBERLY had a past due balance as of June 2015 of $24,591.00 (see **Exhibit B** attached

20  hereto).  Exhibits A and B were in error, and Plaintiffs' lender would not fund the loan for the

21  Hercules Property, resulting in the cancellation of the escrow for the purchase of Hercules

22  Property and the loss to Plaintiffs of $8,175.00.  See Cancellation Instructions dated June 29,

23  2015, a true and correct copy of which is attached hereto as **Exhibit C**.

24        23.      At the time loan incepted, Plaintiffs were married, and have remained married

25  since 2005.  Plaintiffs purchased the Marcus Ave Property, as community property.

26        24.      In 2009, RICHARD filed bankruptcy and received a discharge.  In California, since

27                                      5

28

1 the property acquired during marriage is presumptively community property, as the property was
2 here, after RICHARD's discharge in 2009, both RICHARD and KIMBERLY were entitled under
3 Federal law to have the balance of each discharged community debt reported as zero.

4      25.     Under the FCRA, a debt discharged in bankruptcy must be listed as having a zero
5 balance.  FTC OSC Sect.  607, Item 6, states, "A consumer report may include an account that
6 was discharged in bankruptcy (as well as the bankruptcy itself) as long as it reports zero balance
7 due to reflect the fact that the consumer is no longer liable for the discharged debt."

8      **WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as
9 hereinafter set forth.

10                    VII.  **CAUSES OF ACTION**

11                         **FIRST CAUSE OF ACTION**

12      (Violation of the Federal Fair Credit Reporting Act, 15 U.S.C. § 16815.2,

13                          Against All Defendants)

14      26.     Plaintiffs reallege and incorporate each and every allegation contained in
15 paragraphs 1 through 25, inclusive, as if fully set forth herein.

16      27.     After Plaintiffs submitted a complaint regarding OCWEN's reporting to the credit
17 reporting agency, Experian, in June 2015, OCWEN, after receiving notice of a dispute with regard
18 to the completeness or accuracy of the information provided to a credit reporting agency,
19 negligently failed to investigate and correct said reporting resulting in the damages to Plaintiffs set
20 forth above.

21      28.     Therefore, Plaintiffs are entitled to damages in the sum of $8,175.00, plus interest
22 thereon at the legal rate for loss of their deposit for the purchase of the Marcus Ave Property, and
23 reasonable attorneys' fees, to the extent provided for by law.

24      **WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as
25 hereinafter set forth.

26

27                                      6

28

SECOND CAUSE OF ACTION

(Violation of the CCRAA Against all Defendants)

29.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 28, inclusive, as if fully set forth herein.

30.    Defendants, in the ordinary course of business, regularly on a routine basis, furnish information to one or more consumer credit reporting agencies concerning consumers, such as Plaintiffs.

31.    In or about June 2015, Plaintiffs submitted a complaint to Experian regarding the reporting of the loan by OCWEN to the credit reporting agencies, including Experian.

32.    Therefore Plaintiffs have been damaged as set forth in Paragraph 24 above, and in addition, pursuant to CC § 1785.19(a), are entitled to a civil penalty as provided by law, and pursuant to CC § 1785.19(b), are entitled to reasonable attorneys' fees and costs.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as hereinafter set forth.

THIRD CAUSE OF ACTION

(Unfair Business Practices Pursuant to Bus. & Prof. Code §§ 17200 *et seq.*

Against All Defendants)

33.    Plaintiffs reallege and incorporate herein by reference each and every allegation contained in paragraphs 1 through 32 above, as if set forth in full herein.

34.    Beginning on an exact date unknown to Plaintiffs, but in any event, within four years of the filing of this complaint, and continuing to the present, the Defendants engaged and continue to engage in acts of unfair competition and in unfair, deceptive or unlawful business practices within the meaning of Bus. & Prof. Code §§ 17200 *et seq.*, including but not limited to, engaging in unlawful business practices that are, as stated above, illegal *per se*. OCWEN's conduct in violating the PUC and the SF Code, as herein above described, constitute an unlawful, unfair, and/or fraudulent business practice in violation of the unfair competition law.

7

35.   OCWEN's knowing failure to adopt policies in accordance with and/or adhere to these laws, all of which are binding upon and burdensome to OCWEN's competitors, including the Plaintiff and members of the Plaintiff Class, results in an unfair competitive business practice for OCWEN, and is an unfair business practice as set forth in Bus. & Prof. Code § 17200, *et seq.*

36.   OCWEN's conduct materially interferes with the financial affairs of those who make up plaintiff class: as a direct result of OCWEN's reporting practices to the credit reporting agencies, including but not limited to Experian.  In addition to misleading the passenger public, OCWEN's conduct materially interferes with the business of the legally authorized medallion owners who make up the Plaintiff Class.  That is, OCWEN has been, and is currently, engaged in unfair competition within the meaning of Bus. & Prof. Code § 17200, *et seq.*, and Plaintiffs and members of the Plaintiff Class, have suffered injuries in fact, including but not limited to, a loss of income and out-of-pocket expenditures as a direct and proximate result of OCWEN's reporting practices to the credit reporting agencies, including but not limited to Experian.

37.   Unless restrained and enjoined, OCWEN will continue in the acts and practices alleged above.  Accordingly, the Court must issue an injunction restraining and enjoining OCWEN from engaging in the acts and practices alleged above.  Plaintiffs further request that an order restoring to the Plaintiffs and members of the Plaintiff Class all money or property which has been lost by means of OCWEN's unfair and deceptive business practices.

38.   In addition, pursuant to CCP § 1021.5, the Plaintiffs and members of the Plaintiff Class are entitled to recover their reasonable attorneys' fees, costs and expenses incurred in bringing this action.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as hereinafter set forth.

### PRAYER

### ON ALL CAUSES OF ACTION

Plaintiffs, on behalf of themselves and the proposed Class, pray for judgment

8

and specific relief against Defendants as follows:

1.  That the Court declare, adjudge and decree that this action is a proper class action and certify the appropriate class and/or any appropriate subclasses;

### ON THE FIRST CAUSE OF ACTION

1.  For actual damages in the sum of $8,175.00, plus interest thereon at the legal rate;

2.  For reasonable attorneys' fees and costs of suit pursuant to *inter alia* 15 U.S.C. § 1681n(a)(3).

### ON THE SECOND CAUSE OF ACTION

1.  For damages in the sum of $8,175.00, plus interest thereon at the legal rate;

2.  A civil penalty as provided by law; and

3.  Pursuant to *inter alia* CC § 1785.19(b), reasonable attorneys' fees and costs.

### ON THE THIRD CAUSE OF ACTION

1.  The Court declare, adjudge and decree that OCWEN has violated and continues to violate Bus. & Prof. Code §§ 17200, *et seq.*, by engaging in unlawful business practices that lead to the reporting of inaccurate credit information to the credit reporting agencies, and in turn, cause the credit reporting agencies to report misleading and inaccurate information to providers of credit who are dealing with members of the general public and. the plaintiffs herein.

2.  For preliminary and permanent injunction enjoining OCWEN, their agents, servants, employees and all persons acting or in concert with them, to cease and desist from any unlawful, unfair, and/or fraudulent activities in violation of the Bus. & Prof. Code § 17200, *et seq.*, including but not limited to the following acts:

9

1    a)  Falsely reporting that a debt is delinquent when in fact it has been

2 discharged in bankruptcy, whether by the debtor or the debtor's spouse.

3

4 DATED: November _6_ , 2017

5

6       _Harold M. Jaffe_

7      HAROLD M. JAFFE, Attorney for Plaintiffs
       RICHARD GRAY and KIMBERLY GRAY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        10

28

# EXHIBIT A



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners Is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

06/30/2015                                                                    Loan Number: 359229271

Richard N. Gray
E-mail: kimberly.gray@comcast.net

Property Address: 162 Marcus Ave
Richmond, CA 94801

Dear Richard N. Gray

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

Concern#1   You expressed concern regarding the credit reporting made on the loan, which you believe is incorrect. Therefore, you requested us to process necessary corrections.

Response      Our records indicate that you Richard N. Gray filed for Bankruptcy Chapter 7 on August 20, 2009, which was discharged on November 24, 2009. Please note that once Bankruptcy is filed, all assets and liabilities come under Bankruptcy protection.

We have submitted a request to delete the trade line reported to the credit bureaus by Ocwen under your name (Richard N. Gray). The confirmation number of the electronically submitted request is 75239760.

Further, we have also submitted a request to report the loan as per contractual status under the co-borrower Kimberly M. Gray. The confirmation number of the electronically submitted request is 75243588.

We report to Equifax, Trans Union, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct the credit file. Unfortunately, we are unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

For any further assistance regarding the above loan, please contact our Bankruptcy Collateral Based Solutions at (888) 554-6599.

NMLS # 1852                                                                                    RRCMAINLTRB

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 2



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwencustomers.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,
Mary Shalini C
Research Department
Ocwen Loan Servicing, LLC

NMLS # 1852                                                                                                    RRCMAINLTRB
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

P. 1

¤  ¤  ¤  Communit.  Result Report ( Jul. 13. 2015.3.  ) ¤  ¤  ¤

Date/Time: Jul. 13. 2015  1:28PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3225 | Memory TX | 14077376375 | P.  5 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

HAROLD M. JAFFE
Attorney at Law
3521 Grand Avenue
Oakland, California 94610
Telephone: (510) 452-2610—Facsimile: (510) 452-9126
E-Mail: hjaffe210@aol.com

TO:  MARY SHELLY
FIRM:  DOVEN
FAX NO:  (407) 737 6375
TEL NO:  (602) 241 9900

FROM:  JENNIE SANTIAGO- ASSISTANT
FAX NO:  (510) 452-9126
TEL NO:  (510) 452-2610
DATE:

RE:  RICHARD & LINDSAY GRAY
Loan No: 259, 229, 271
PROPERTY 1162 MARCUS AVE, ELGIN 2ND CA 94805
ENCLS: See attached.
MESSAGE:

Dear Mary,

I am following upon the previous letter we sent to you via fax on July 4, 2015, copy attached. Please respond no later than 5 P.M. PDT on July 15, 2015 please.

Thank You, Jennie

ORIGINAL BY MAIL _____ Yes ✓ No
NO. OF PAGES 5 INCLUDING THIS COVER SHEET
IF THIS TRANSMISSION WAS INCOMPLETE OR UNWORKABLE
PLEASE CALL JENNIE SANTIAGO AT (510) 452-2610

# EXHIBIT B

7155-01-00-0003166-0001-0058000

**Experian**
A world of insight

Prepared for: KIMBERLY MAURICE GRAY
Date: June 30, 2015
Report number: 2680-3509-24

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:
- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purposes.

If no information follows, our response appeared on the previous page.

### How to read your results

Deleted – This item was removed from your credit report.

Remains – This item was not changed as a result of our processing of your dispute.

Updated – A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

Processed – This item was either updated or deleted; review this report to learn its outcome.

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
| --- | --- |
| OCWEN LOAN SERVICING L 35922... | Remains |

Visit experian.com/status to check the status of your pending disputes at any time

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as 'MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Scan me with your smart phone
for special offers from Experian.

0249081713

0008166  0249081216  †AUTO  5-DIGIT  807155592801-17016?  CO1-P081241
KIMBERLY MAURICE GRAY
162 MARCUS AVE
RICHMOND CA 94801-1704



PO Box 9701
Allen, TX 75013

**Experian**
A world of insight

Prepared for: KIMBERLY MAURICE GRAY
Date: June 30, 2015
Report number: 2680-3509-24

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the date of the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| **OK** Current/Terms of agreement met | **VSS** Voluntarily surrendered |
| **30** Account 30 days past due | **REP** Repossession |
| **60** Account 60 days past due | **PBC** Paid by creditor |
| **90** Account 90 days past due | **RCL** Insurance claim |
| **120** Account 120 days past due | **RGH** Claim filed with government |
| **150** Account 150 days past due | **DEF** Defaulted on contract |
| **180** Account 180 days past due | **COL** Collection |
| **RCD** Creditor received deed | **CO** Charge off |
| **FS** Foreclosure proceedings started | **CLS** Closed |
| **FC** Foreclosed | **ND** No data for this time period |

## Credit items

OCWEN LOAN SERVICING
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
PH (800) 746-2936
Partial account number:
35922...
Address identification number:
0394755676

| | |
|---|---|
| Date opened | Jul 2005 |
| First reported | May 2014 |
| Date of status | Feb 2015 |

| | |
|---|---|
| Type | Mortgage |
| Terms | 2 Years |
| | Monthly |
| | payment $2,308 |

| | |
|---|---|
| Credit limit or original amount | $400,000 |
| High balance | Not reported |

| | |
|---|---|
| Recent balance | $402,808 as of Jun 2015 |

**Responsibility**
Joint
**Status**
Open. $24,591 past due as of Jun 2015.
By Jun 2021, this account is scheduled to go to a positive status.

Payment history



2015
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY

2014

0249081713

7155-02-00-0000166 0001-008000

# EXHIBIT C

Jun 30 15 03:20p      All In One       y                    L. Aose                    p.1

# ★★★★ OLD REPUBLIC TITLE COMPANY
★★★★

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

3260 Blume Drive, Ste. 400 • Richmond CA • 94806 • (510) 222-7170 • FAX (510) 223-4448

## CANCELLATION INSTRUCTIONS

To: Old Republic Title Company
    3260 Blume Drive, Ste. 400
    Richmond, CA 94806

Date:    June 29, 2015
Escrow No.:  0190014981-WH
Escrow Officer:  Wendy Huang

Property: 2084 Central Street, Hercules, CA 94547

The undersigned hereby instructs you to cancel the above numbered escrow and return all documents held by you to the parties depositing the same. Disburse any funds you now hold as follows:

| | |
|---|---:|
| (a) Cancellation fee to Old Republic Title Company | $350.00 |
| (b) Notary Fee to Sherry O'Brien | $150.00 |
| (c) funds to the seller | $8,175.00 |
| (d) funds to the buyer | $126,036.30 |

In consideration of the cancellation of this escrow and disbursement of funds as directed above, the undersigned do hereby release Old Republic Title Company, of any and all obligations or liability under the transaction which is the subject of this escrow.

These instructions may be signed in counterpart and together constitute one instrument.

Buyer(s):

_Kimberly Gray_
Kimberly Gray

Seller(s):

_Manuel L. De Dios_                                    _Letida T. De Dios_
Manuel L. De Dios                                       Letida T. De Dios

Received: Old Republic Title Company

By _____        Date _____

WH/wh
Cancellation Instructions

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:                    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000) ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | C18-00373 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: March 27, 2018   Time: 8:30 am   Dept.: 17   Div.:   Room:

Address of court *(if different from the address above)*:

☐ Notice of Intent to Appear by Telephone, by *(name)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ☐ This statement is submitted by party *(name)*:
   b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action)*:

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                          FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* ☐ **UNLIMITED CASE** ☐ **LIMITED CASE** (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:                    Time:                Dept.:              Div.:              Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone, by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐ have had a default entered against them *(specify names):*

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]
**CASE MANAGEMENT STATEMENT**
Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.   b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**
a.   ☐ The trial has been set for *(date):*
b.   ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☐ days *(specify number):*
b.   ☐ hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:                                          f.   Fax number:
e.   E-mail address:                                            g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.   **Preference**
☐   This case is entitled to preference *(specify code section):*

10.  **Alternative dispute resolution (ADR)**
a.   ADR information package. Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)   For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)   For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b.   Referral to judicial arbitration or civil action mediation (if available).
(1)   ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2)   ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3)   ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form are willing to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110 (Rev. July 1, 2011)     **CASE MANAGEMENT STATEMENT**     Page 3 of 5

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

　　(1) Name of case:
　　(2) Name of court:
　　(3) Case number:
　　(4) Status:

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**

    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____       ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY)

_____       ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Harold M. Jaffe 57397
Law Offices of Harold M. Jaffe
3521 Grand Avenue
Oakland, CA 94610
TELEPHONE NO.: (510) 452-2610  FAX NO.: (510) 452-9125
ATTORNEY FOR *(Name):* Plaintiffs

FILED
FEB - 9 2018
STEPHEN H. NASH, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By D. WAGNER, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Wakefield Taylor Courthouse

CASE NAME: GRAY v. OCWEN

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: ~~L17-02345~~ C18-00373 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [X] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
c. [X] Substantial amount of documentary evidence  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):* Three
5. This case [X] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 6, 2017

Harold M. Jaffe
(TYPE OR PRINT NAME)  ► *Harold M. Jaffe* (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CEB Essential Forms  ceb.com

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Gray; Kim/Rich

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you  must complete and file, along with your first paper, the  *Civil Case Cover Sheet*  contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the  primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice- Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case-Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ-Administrative Mandamus
    Writ-Mandamus on Limited Court Case Matter
    Writ-Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

Grav. Kim/Rich

ATTY. HAROLD M. JAFFE
3521 GRAND AVE

OAKLAND, CA 94610

NO ATTORNEY ON
RECORD FOR THE
DEFENDANTS

FEB 28

## Superior Court of California, County of Contra Costa
725 Court Street, Martinez, CA 94553
(925) 608-1000

RICHARD GRAY
KIMBERLY GRAY

PLAINTIFF(S)

VS.

OCWEN LOAN SERVICING
OCWEN MORTGAGE SERVICING INC.
OCWEN FINANCIAL CORPORATION

DEFENDANT(S)

CASE NO:   MSL17 - 02345

**RECORD ON TRANSFER**
**AND**
**NOTICE OF TRANSMITTAL**

### RECORD ON TRANSFER

TO:  CONTRA COSTA COUNTY SUPERIOR COURT

Please find all the documents constituting the entire file from Contra Costa County Superior Court DEPARTMENT 17.
This action is transferred to "C" Case by the 02/21/18 Email request from Department 17.

Enclosures:    Documents as listed on the of the Register of Actions and email requesst

### NOTICE OF TRANSMITTAL

TO THE ABOVE NAMED AND ADDRESSED PARTIES:
Please take notice that the above-entitled action has been transmitted to the court named in the Record on Transfer.
Dated:  February 26, 2018

CLERK,

By _Jesus Milla_   J. Milla

### ACKNOWLEDGMENT OF RECEIPT

Please sign and return a copy of this acknowledgment of receipt
Received the above records on (date) _____02-28-18_____ & assigned case # **C18 - 00373**

Dated:  ___02-28-18___

CLERK,
By _____

DEPUTY CLERK

**RECORD ON TRANSFER AND NOTICE OF TRANSMITTAL**